**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL Docket No. 16-60

In Re: SPROUTS FARMERS MARKET, INC., DATA BREACH LITIGATION
_____

MOTION TO TRANSFER CASE FOR COORDINATED PROCEEDINGS IN
MULTIDISTRICT LITIGATION UNDER 28 U.S.C. § 1407
_____

Debra Price "Price," the Plaintiff in the case styled *Debra Price, on behalf of herself and all others similarly situated v. Sprouts Farmers Market, Inc.*, United States District Court for the District of Colorado, Case No.16-cv-855-WJM-MJW, moves pursuant to 28 U.S.C. § 1407(c)(ii) to transfer the actions identified in Attachment 2 - Schedule of Actions to the District of Arizona for coordinated pretrial proceedings.  Price has filed Attachment 1 - Memorandum of Law in Support of the Transfer to Multidistrict Litigation concurrently with this Motion, along with Attachment 3 – Proof of Service, and Attachment 4 - Docket Sheets and Complaints.

WHEREFORE, for the reasons stated in the memorandum of law in support of the transfer, Price respectfully asks this Court for an order transferring the actions listed in the Schedule of Actions to the Unites States District Court for the District of Arizona.

Respectfully submitted this 14th day of June 2016.

By:*/s/David Hunter Miller*
David Hunter Miller
Heather E. Joyce
The Sawaya Law Firm
1600 Ogden Street
Denver, Colorado 80218
Tele:   303-839-1650 x 1090
Fax:    720-235-4380
Email:  DMiller@sawayalaw.com
Counsel for Plaintiff, Debra Price